

# NUMBERS 13-20-00492-CV & 13-21-00085-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SPEEDY CAR WASH, INCORPORATED
AND CARLOS A. GUERRA, GUARANTOR,                    Appellants,

v.

GERALD SHER, SUSAN SHER,
SPECIALTY CUISINE, INC. D/B/A
ISLE WASH AND ANDREW SHER,
TRUSTEE,                                            Appellees.

### On appeal from the 107th District Court
### of Cameron County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

Appellants Speedy Car Wash, Inc. and Carlos A. Guerra, Guarantor have filed a

motion to determine sufficiency of security and motion for emergency relief seeking to

stay enforcement of the judgments in the underlying causes, particularly the receiver's sale of real estate scheduled for October 22, 2021, which the trial court approved by order dated October 19, 2021. *See* TEX. R. APP. P. 24.4(a)(4); *id*. R. 24.4(c). We grant the motion in part and temporarily stay enforcement of the underlying judgments, pending further order of this Court. *See id.* 24.4(c). The Court orders the appellees to file a response to the motion to determine sufficiency of security and motion for emergency relief on or before October 28, 2021.

PER CURIAM

Delivered and filed on the
21st day of October, 2021.